# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CASEY RYAN COTTRELL                                                          PLAINTIFF

v.                      NO. 4:10CV1828 JLH/HDY

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                             DEFENDANT

## **ORDER**

The plaintiff's motion to voluntarily dismiss the complaint is accompanied by a stipulation signed by both parties agreeing to the dismissal of the case without prejudice. The motion to dismiss is granted. Document #10.

IT IS SO ORDERED this 29th day of March, 2011.

                                                             *J. Leon Holmes*
                                                            UNITED STATES DISTRICT JUDGE