IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CASEY RYAN COTTRELL                                                              PLAINTIFF

v.                                    NO. 4:10CV1828 JLH/HDY

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE